NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Anthony T. Case, Esq. (SBN 149583)
Tiffany L. Steward, Esq. (SBN 279978)
FARMER CASE & FEDOR
402 West Broadway, Suite 1100
San Diego, California 92101
Tel: (619) 338-0300 | Fax: (619) 338-0180
tcase@farmercase.com
tsteward@farmercase.com

ATTORNEY(S) FOR: Defendant, CNO Services, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN NJOROGE

Plaintiff(s),

v.

CNO SERVICES, LLC

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant, CNO Services, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| (1) John Njoroge | (1) Plaintiff |
| (2) CNO Services, LLC | (2) Defendant |
| (3) CNO Management Services Company | (3) Member of CNO Services, LLC |
| (4) CDOC, Inc. | (4) Member of CNO Services, LLC |
| (5) CNO Financial Group, Inc. | (5) Member of CNO Services LLC, listed on the New York Stock Exchange under the symbol "CNO" |

2/28/2020
Date

*Anthony Case* (signature)
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, CNO Services, LLC