Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Attorney for Plaintiff
JOHN NJOROGE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NJOROGE,<br><br>    Plaintiff,<br><br>vs.<br><br>CNO SERVICES, LLC,<br><br>    Defendant. | Case No. 2:20-cv-02004 PSG (JEMx)<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; PROPOSED FIRST AMENDED COMPLAINT; DECLARATION OF PETER BORENSTEIN IN SUPPORT THEREOF.**<br>Date:    November 9, 2020<br>Time:    1:30 pm<br>Courtroom:  6A<br>Judge:   Hon. Philip S. Gutierrez<br><br>Action Filed:  January 28, 2020<br>Notice of Removal: February 28, 2020 |

\\

\\

**TO DEFENDANT CNO SERVICES, LLC AND ITS ATTORNEY OF RECORD IN THE ABOVE CAPTIONED MATTER:**

PLEASE TAKE NOTICE THAT on November 9, 2020 at 1:30 pm, or as soon thereafter as may be heard, in Courtroom 6A of the First Street Courthouse, 350 W. First St., Los Angeles, the Honorable Philip S. Gutierrez. presiding, Plaintiff John Njoroge ("Plaintiff") will move, and hereby does move, this Court for leave to amend the complaint to add Caroline Kimondo, a California resident, as a defendant pursuant to Rules 15(a)(2) and 20(a)(2) of the Federal Rules of Civil Procedure. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 25, 2020.

This motion is made on the grounds that there is a common question of fact between Ms. Kimondo and Defendant CNO Services, LLC ("CNO Services") such that leave should be granted to join Ms. Kimondo as a defendant pursuant to Rule 20(a)(2)(B). Plaintiff's right to relief against CNO Services and Ms. Kimondo also arises out of the same transaction, occurrence, or series of transactions or occurrences. Fed. R. Civ. P. 20(a)(2)(A). Therefore, this Court should grant leave to amend the complaint and join Ms. Kimondo as a defendant in this matter. Furthermore, given that joining Ms. Kimondo as a defendant will destroy complete diversity between the parties, Plaintiff also moves this Court to remand this case to Los Angeles Superior Court pursuant to 28 U.S.C. 1447(e).

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the proposed First Amended Complaint, the Declaration of Peter Borenstein, on all files and records in this action, and on such further evidence and arguments as the Court receives in connection with this motion

\\

Respectfully submitted,

Dated:     9/3/20                                          By: _____

                                                          Peter Borenstein

                                                          Attorney for Plaintiff

                                                          JOHN NJOROGE