# DECLARATION OF PETER BORENSTEIN

I, PETER BORENSTEIN, declare:

1. I am the attorney of record for Plaintiff John Njoroge ("Plaintiff") in the above entitled action. I make this declaration in support of Plaintiff's motion for leave to amend the complaint. I have personal knowledge of the matters set forth in this declaration. If called as a witness, I could and would competently testify to these matters.

2. Attached hereto as Exhibit A is a true and correct copy of a "meet and confer" email I sent to counsel for Defendant, Anthony T. Case, regarding a settlement offer made on behalf of my client.

3. Attached hereto as Exhibit B is a true and correct copy of Attorney Case's response to the "meet and confer" email, rejecting our settlement offer, and revealing that the value of the annuity policy was paid out to Carolina Kimondo as Plaintiff's attorney-in-fact in 2010.

4. On January 28, 2020, I filed Plaintiff's complaint in Los Angeles Superior Court against CNO Services, LLC ("Defendant") alleging two causes of action: Bad Faith Breach of Implied Obligation of Good Faith and Fair Dealing and Bad Faith Failure to Properly Investigate Claim

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 3rd day of August 2020, at Los Angeles, California

By:_____
Peter Borenstein
Attorney for Plaintiff
JOHN NJOROGE