1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NJOROGE,<br><br>            Plaintiff,<br><br>vs.<br><br>CNO SERVICES, LLC,<br><br>            Defendant. | Case No. 2:20-cv-02004 PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date:            November 9, 2020<br>Time:           1:30 pm<br>Courtroom:   6A<br>Judge:          Hon. Philip S. Gutierrez.<br><br>Action Filed:          January 28, 2020<br>Notice of Removal: February 28, 2020 |

\\
\\
\\

On November 9, 2020, counsel for the parties came before the Honorable Philip S. Gutierrez in Department 6A in the United States District Court for the Central District of California. The Court, having reviewed the moving papers, orders as follows:

1. Plaintiff's motion for leave to amend complaint is GRANTED.
2. The attached proposed First Amended Complaint is adopted as filed as of the date of this order.
3. Moreover, because leave has been granted to join a nondiverse defendant to this action, this action is hereby REMANDED to the Superior Court of the State of California, County of Los Angeles, pursuant to 28 U.S.C. 1447(e).

**IT IS SO ORDERED.**

Dated:                              By:_____
                                    Hon. Philip S. Gutierrez
                                    U.S. District Court